FILED
MAR 19 2008
MAR 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 231 |
| v. | ) | |
| | ) | Violation: Title 18, United |
| SHAWNEE L. JOHNSON | ) | States Code, Section 641 |

MAGISTRATE JUDGE VALDEZ

The UNITED STATES ATTORNEY charges that:

From on or about March 25, 2006, to on or about March 14, 2007, in the Northern District of Illinois, Eastern Division,

SHAWNEE L. JOHNSON,

defendant herein, did steal, purloin, and knowingly convert to her own use money of the United States, namely, in excess of $900 in funds administered by the United States Railroad Retirement Board in the form of unemployment benefits, which funds defendant was not entitled to receive;

In violation of Title 18, United States Code, Section 641.

UNITED STATES ATTORNEY