MISDEMEANOR

**FILED**
MAR 19 2008
MAR 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO**
   If the answer is "Yes", list the case number and title of the earliest filed complaint:
   No

   **08CR   231**

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **NO**
   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   No

   **MAGISTRATE JUDGE VALDEZ**

3) Is this a re-filing of a previously dismissed indictment or information? **NO**
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   No

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **NO**
   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):
   No

5) Is this a transfer of probation supervision from another district to this District?  **NO**

6) What level of offense is this indictment or information?  **MISDEMEANOR**

7) Does this indictment or information involve eight or more defendants?  **NO**

8) Does this indictment or information include a conspiracy count?  **NO**

9) Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty:
   Other Fraud  (III)

10) List the statute of each of the offenses charged in the indictment or information.
    18 U.S.C. 641

Kenneth E. Yeadon
Assistant United States Attorney