AO 86A (Rev. 4/91) Consent to Proceed — Misdemeanor

# United States District Court

_Northern_ DISTRICT OF _Illinois (Eastern Division)_

**FILED**
3-31-08
MAR 3 1 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA
V.
Shawnee L. Johnson

CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A MISDEMEANOR CASE

CASE NUMBER: 08 CR 0231

Magistrate Judge Valdez

The United States magistrate judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has informed me of my right to trial, judgment, and sentencing before a United States district judge or a United States magistrate judge.

**I HEREBY:** Waive (give up) my right to trial, judgment, and sentencing before a United States district judge, and consent to trial, judgment and sentencing before a United States magistrate judge.

X _/s/ Shawnee Johnson_, **Defendant**
Shawnee L. Johnson

---

## WAIVER OF RIGHT TO TRIAL BY JURY

The magistrate judge has advised me of my right to trial by jury.

**I HEREBY:** Waive (give up) my right to trial by jury. _/s/ Shawnee Johnson_
Defendant

Consented to by United States _/s/ Kenneth E. Yeadon_
Signature
Kenneth E. Yeadon, Assistant U.S. Attorney
Name and Title

---

## WAIVER OF RIGHT TO HAVE THIRTY DAYS TO PREPARE FOR TRIAL

The magistrate judge has also advised me of my right to have at least thirty days to prepare for trial before the magistrate judge.

**I HEREBY:** Waive (give up) my right to have at least thirty days to prepare for trial.

X _/s/ Shawnee Johnson_, **Defendant**

---

_/s/_ Defendant's Attorney (if any)

Approved By: _/s/ Maria Valdez_
U. S. Magistrate Judge
3/31/08
Date