## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 231 | DATE | 3/31/2008 |
| CASE TITLE | USA vs. Shawnee Johnson | | |

**DOCKET ENTRY TEXT**

Arraignment held on 3/31/08. Defendant appears pursuant to surrender on 3/31/08. Defendant informed of her rights. Charles J. Aron's oral motion for leave to file his appearance as counsel for defendants is granted. Defendant waives right to trial before District Judge and consents to trial before Magistrate Judge. Enter Consent to Jurisdiction of Magistrate Judge. Defendant enters plead of guilty to count one of the information. Judgement of guilty entered. The government and defendant agree on certain conditions of release. Order caused referred to the Probation Office for a presentence investigation report to be submitted by 5/15/08. Defendant shall file a sentence memorandum no later than 7/3/08. Government's response to be filed by no later than 7/10/08. Sentencing set for 7/17/08 at 10:00 a.m.

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | yp |
|---|---|---|