# FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: USA v.s. JOHNSON

FOR AT: Northern District of Illinois

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): SHAWNEE JOHNSON

- 1 ☒ Defendant—Adult
- 2 ☐ Defendant - Juvenile
- 3 ☐ Appellant
- 4 ☐ Probation Violator
- 5 ☐ Parole Violator
- 6 ☐ Habeas Petitioner
- 7 ☐ 2255 Petitioner
- 8 ☐ Material Witness
- 9 ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 08CR231
Court of Appeals:

CHARGE/OFFENSE: 18 USC 641
☐ Felony
☒ Misdemeanor

FILED MAR 31 2008 MAGISTRATE JUDGE MARIA VALDEZ UNITED STATES DISTRICT COURT 3-31-08

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed
- Name and address of employer: NewLine Tech
- IF YES, how much do you earn per month? $2400
- If married is your Spouse employed? ☐ Yes ☐ No  D N A

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $1200

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? ☒ Yes ☐ No
- VALUE: 135,000   DESCRIPTION: Home

## DEPENDENTS
MARITAL STATUS: ☒ SINGLE
Total No. of Dependents: 1

## OBLIGATIONS & DEBTS

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Home Mortgage | $105,000 | $858 |
| Utilities | | $500 |
| Water | | $50 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3-31-08

SIGNATURE OF DEFENDANT: Shawnee J.