UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | No. 08 CR 231-1 |
| | ) | |
| v. | ) | Judge Maria Valdez |
| | ) | |
| | ) | |
| SHAWNEE L. JOHNSON, | ) | |
| Defendant | ) | |

## CORRECTED NOTICE OF FILING

**To: Following Service List**

    **PLEASE TAKE NOTICE** that on June 18, 2008, the undersigned caused to be filed, by electronic filing, with the Clerk of the United States District Court for the Northern District of Illinois, on behalf of the Defendant Shawnee L. Johnson, a **SENTENCING MEMORANDUM**, a copy of which is being served upon you.

    The undersigned, an attorney, certifies that on June 18, 2008, he caused copies of the foregoing pleadings, along with this Notice of Filing, to be served upon the following service list, by the method described in said service list,

                                            s/
                                            Charles J. Aron
                                            Attorney for Shawnee L. Johnson

Charles J. Aron
19 West Jackson
Suite #212
Chicago, Illinois 60604
(312) 986-8012

# SERVICE LIST

**Notice was electronically mailed to:**

**Kenneth Edward Yeadon**
Kenneth.Yeadon@usdoj.gov

**AUSA**
USAILN.ECFAUSA@usdoj.gov

**Pretrial Services**
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov

**Probation Department**
Intake_Docket_ILNP@ilnp.uscourts.gov